DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRAIG R. ZOBEL,**
Appellant,

v.

**ANN M. ZOBEL,**
Appellee.

No. 4D17-1866

[May 17, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 50-2005DR004553FH.

Ralph T. White of Law Office of R.T. White, Palm Beach Gardens, for appellant.

Deanna V. Shuler of Deanna V. Shuler, P.A., Palm Beach Gardens, and Kathryn M. Beamer of Kathryn M. Beamer, P.A., North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***